# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID MUNIZ and CATHY MUNIZ,<br><br>Plaintiffs,<br><br>v.<br><br>SILVIA VITIELLO and AIR BNB,<br><br>Defendants | Civil Action No. |

**DECLARATION OF MONIQUE CHAUVET IN SUPPORT OF DEFENDANT AIRBNB INC.'S NOTICE OF REMOVAL**

I, Monique Chauvet hereby declare and state as follows:

1. I am a Legal Investigations Coordinator at Airbnb, Inc. I submit this declaration in support of Defendants Airbnb, Inc.'s Notice of Removal. I have personal knowledge of the facts set forth below, and if called upon, I could and would testify to the truth thereof.

2. Airbnb, Inc. is incorporated in the State of Delaware, and its principal place of business is San Francisco, California.

3. Airbnb first received the complaint in the above-captioned matter via mail on April 18, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing in true and correct. Executed on May 17, 2023, at Portland, Oregon.

By: _____
Monique Chauvet

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID MUNIZ and CATHY MUNIZ,<br><br>Plaintiffs,<br><br>v.<br><br>SILVIA VITIELLO and AIR BNB,<br><br>Defendants | Case No.<br><br>**Removed from:** MONROE COUNTY COURT OF COMMON PLEAS |

**RULE 7.1(a)(2) DIVERSITY DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), Airbnb, Inc. hereby declares the following names and citizenships of every individual or entity whose citizenship is attributed to Airbnb, Inc.:

| Individual or Entity | Citizenship |
|---|---|
| Airbnb, Inc. | Delaware, California |

Respectfully submitted,

BABST, CALLAND CLEMENTS AND ZOMNIR, P.C.

*/s/ Christina Manfredi McKinley*
Christina Manfredi McKinley, Esq.
PA ID 320002
Two Gateway Center
603 Stanwix Street
Pittsburgh, PA 15222
cmckinley@babstcalland.com

*Attorney for Defendant Airbnb, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Diversity Disclosure Statement was served via email upon all counsel of record.

/s/ *Christina Manfredi McKinley*
Christina Manfredi McKinley, Esq.