- 8 -

# EXHIBIT 3

Christina Manfredi McKinley, Esq.
PA ID 320002
Two Gateway Center
603 Stanwix Street
Pittsburgh, PA 15222
cmckinley@babstcalland.com
*Counsel for Defendant, Airbnb, Inc.*

| | |
|---|---|
| DAVID MUNIZ and CATHY MUNIZ, | IN THE COURT OF COMMON PLEAS OF MONROE COUNTY, PENNSYLVANIA |
| Plaintiffs, | |
| v. | Civil Action No. _____ |
| SILVIA VITIELLO and AIR BNB, | |
| Defendants | |

## NOTICE OF FILING OF REMOVAL

PLEASE TAKE NOTICE that Defendant Airbnb, Inc., by and through its undersigned counsel, has filed a Notice of Removal in the United States Diastrict Court of the Middle District of Pennsylvania, [insert] Division, thus effecting removal of this case to the District in accordance with 28 U.S.C. § 1446(d). A copy of the Notice of Removal is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446, the filing of the Notice of Removal in the United States District Court for the Middle District of Pennsylvania, ___ Division, together with the filing of that Notice with the Prothonotary of this Court, effects the removal of the above-captioned case to the District Court, and this Court may proceed no further unless and until the case is remanded.

PLEASE TAKE FURTHER NOTICE that the Prothonotary of this Court is requested to promptly deliver to the Clerk of the Court of the United States District Court for the Middle District of Pennsylvania all papers now in the original Court file.

Dated: May 18, 2023

Respectfully submitted,

BABST, CALLAND CLEMENTS AND ZOMNIR, P.C.

By: /s/ *Christina Manfredi McKinley*
Christina Manfredi McKinley, Esq.
PA ID 320002
Casey Allan Coyle
PA ID 307712
Two Gateway Center
603 Stanwix Street
Pittsburgh, PA 15222
cmckinley@babstcalland.com
ccoyle@babstcalland.com

*Attorneys for Defendant AIRBNB, INC.*