IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID MUNIZ and CATHY MUNIZ,<br><br>        Plaintiffs,<br><br>  v.<br><br>SILVIA VITIELLO and AIR BNB,<br><br>        Defendants | Case No.<br><br>**Removed from:** MONROE COUNTY COURT OF COMMON PLEAS |

### RULE 7.1(a)(2) DIVERSITY DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), Airbnb, Inc. hereby declares the following names and citizenships of every individual or entity whose citizenship is attributed to Airbnb, Inc.:

| **Individual or Entity** | **Citizenship** |
|---|---|
| Airbnb, Inc. | Delaware, California |

Respectfully submitted,

BABST, CALLAND CLEMENTS AND ZOMNIR, P.C.

*/s/ Christina Manfredi McKinley*
Christina Manfredi McKinley, Esq.
PA ID 320002
Two Gateway Center
603 Stanwix Street
Pittsburgh, PA 15222
cmckinley@babstcalland.com

*Attorney for Defendant Airbnb, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Diversity Disclosure Statement was served via email upon all counsel of record.

/s/ *Christina Manfredi McKinley*
Christina Manfredi McKinley, Esq.