IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID MUNIZ AND CATHY MUNIZ,<br><br>Plaintiffs,<br><br>v.<br><br>SILVIA VITIELLO AND AIR BNB,<br><br>Defendants. | Civil Action No. 3:23-cv-00825-JFS |

**STIPULATION TO EXTEND DEFENDANT AIRBNB, INC.'S TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND [PROPOSED] ORDER**

Defendant Airbnb, Inc. ("Airbnb") and Plaintiffs David Muniz and Cathy Muniz (collectively, the "Parties"), by and through their attorneys of record, enter this Stipulation based on the following facts and circumstances:

**WHEREAS**, Plaintiff filed this action in the Court of Common Pleas, Monroe County on April 5, 2023.

**WHEREAS**, Airbnb was served with the Complaint on April 18, 2023.

**WHEREAS**, Airbnb filed its Notice of Removal in this Court on May 18, 2023.

**WHEREAS**, Airbnb's response to the Complaint is currently due on May 25, 2023.

**WHEREAS**, the extension is warranted so that the Parties may confer in an attempt to resolve and/or narrow the issues so as to promote an efficient resolution of this matter.

**THEREFORE**, the Parties stipulate and agree that the time within which Airbnb may answer, object to, or otherwise respond to Plaintiffs' Complaint is extended up through and including June 26, 2023.

///

- 2 -

| | |
|---|---|
| Dated:  May 22, 2023 | By: */s/Christina Manfredi McKinley* <br> Christina Manfredi McKinley, Esq. <br> PA ID: 320002 <br> Casey Allan Coyle <br> PA ID: 307712 <br> BABST, CALLAND CLEMENTS AND ZOMNIR P.C. <br> Two Gateway Center <br> 603 Stanwix Street <br> Pittsburgh, PA 15222 <br> 412-394-5400 <br> cmckinley@babstcalland.com <br><br> *Attorneys for Defendant* <br> *AIRBNB, INC.* |
| Dated: May 22, 2023 | By: */s/John E. Lavelle* <br> John E. Lavelle, Esq. <br> PA Bar ID: 315154 <br> JOHN E. LAVELLE LAW FIRM P.C. <br> 630 Willis Avenue <br> Williston Park, New York 11596 <br> (877) 465-5997 <br> John.Lavelle@LavelleInjuryFirm.com <br><br> *Attorney for Plaintiffs* <br> *David Muniz and Cathy Muniz* |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 22, 2023, I caused to be served a true and correct copy of the foregoing Stipulation to Extend Defendant AirBnB, Inc.'s Time to Respond to Plaintiffs' Complaint via United States mail on:

John E. Lavelle, Esq.
John E. Lavelle Law Firm P.C.
630 Willis Avenue
Williston Park, New York 11596
Phone: (877) 465-5997
Fax: (877) 471-1798
John.Lavelle@LavelleInjuryFirm.com

*/s/ Christina Manfredi McKinley*