IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID MUNIZ AND CATHY MUNIZ,<br><br>    Plaintiffs,<br><br>v.<br><br>SILVIA VITIELLO AND AIR BNB,<br><br>    Defendants. | Civil Action No. 3:23-cv-00825-JFS |

### [PROPOSED] ORDER

Based on the Stipulation of the Parties, Defendant Airbnb, Inc.'s deadline to respond to the Complaint shall be extended up through and including June 26, 2023.

**IT IS SO ORDERED.**

Dated: May ___, 2023

                                                                                       United States District Court Judge