# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID MUNIZ and CATHY MUNIZ, | : |
| Plaintiffs, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 3:23-cv-825 |
| SILVIA VITIELLO AND AIRBNB | : |
| Defendants. | : |

## ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter my appearance as counsel on behalf of Defendant Silvio Vitiello (incorrectly identified as Silvia Vitiello) in connection with the above-referenced matter.

                                Wood, Smith, Henning & Berman, LLP

By: _____
Kamela Devole, Esquire
Attorney ID No.: 323614
1760 Market Street, Suite 1001
Philadelphia, PA 19103
215-709-2250
kdevole@wshblaw.com
Attorneys for Defendant,
Silvio Vitiello (incorrectly identified as Sivlia Vitiello)

## CERTIFICATE OF SERVICE

I, Kamela Devole, Esquire, hereby certify that on this 22nd day of May, 2023, I caused to be served a true and correct copy of the foregoing Entry of Appearance via this Court's Electronic Filing System upon the following counsel of record:

John E. Lavelle, Esquire
John E. Lavelle Law Firm, P.C.
630 Willis Avenue
Williston Park, NY 11596
*Attorney for Plaintiff*

Jen Cardelús, Esquire
Anne T. Marchitello, Esquire
Damali A. Taylor, Esquire
O'Melveny & Myers LLP
*Attorneys for Defendant,*
*Airbnb*

By: _____
   Kamela Devole, Esquire

28476935.1:11932-0144