IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID MUNIZ, et al., | CIVIL NO. 3:23-CV-0825 |
| Plaintiffs | Magistrate Judge Saporito |
| v. | |
| SILVIA VITIELLO, et al., | |
| Defendants | |

**ORDER**

**AND NOW, this 23rd day of May, 2023,** upon consideration of the Doc. 3 stipulation of the parties, **IT IS HEREBY ORDERED THAT** the deadline by which defendant, Airbnb, Inc., shall respond to plaintiffs' complaint is extended to **June 26, 2023.**

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge