IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID MUNIZ AND CATHY MUNIZ,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SILVIA VITIELLO AND AIR BNB,<br><br>　　　　　Defendants. | Civil Action No. 3:23-cv-00825-JFS |

**STIPULATION TO EXTEND DEFENDANT SILVIO VITIELLO'S TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND [PROPOSED] ORDER**

Defendant Silvio Vitiello (incorrectly identified as "Silvia Vitiello") and Plaintiffs David Muniz and Cathy Muniz (collectively, the "Parties"), by and through their attorneys of record, enter this Stipulation based on the following facts and circumstances:

**WHEREAS**, Plaintiff filed this action in the Court of Common Pleas, Monroe County on April 5, 2023.

**WHEREAS**, Silvio Vitiello was served with the Complaint on May 15, 2023.

**WHEREAS**, Defendant Airbnb filed its Notice of Removal in this Court on May 18, 2023.

**WHEREAS**, Silvio Vitiello's response to the Complaint is currently due on May 25, 2023.

**WHEREAS**, the extension is warranted so that the Parties may confer in an attempt to resolve and/or narrow the issues so as to promote an efficient resolution of this matter.

**THEREFORE**, the Parties stipulate and agree that the time within which Silvio Vitiello may answer, object to, or otherwise respond to Plaintiffs' Complaint is extended up through and including June 26, 2023.

| | |
|---|---|
| Dated: May 25, 2023 | By: */s/Kamela Devole*<br>Kamela Devole, Esq.<br>PA Bar ID: 323614<br>Wood Smith Henning & Berman, LLP<br>1760 Market Street<br>Suite 1001<br>Philadelphia, PA 19103<br>(215) 709-2253<br>kdevole@wshblaw.com<br>*Attorney for Defendant*<br>*Silvio Vitiello* |
| Dated: May 25, 2023 | By: */s/ John E. Lavelle*<br>John E. Lavelle, Esq.<br>PA Bar ID: 315154<br>JOHN E. LAVELLE LAW FIRM P.C.<br>630 Willis Avenue<br>Williston Park, New York 11596<br>(877) 465-5997<br>John.Lavelle@LavelleInjuryFirm.com<br>*Attorney for Plaintiffs*<br>*David Muniz and Cathy Muniz* |

## CERTIFICATE OF SERVICE

I hereby certify that, on May 25, 2023, I caused to be served a true and correct copy of the foregoing Stipulation to Extend Defendant Silvio Vitiello's Time to Respond to Plaintiffs' Complaint via United States mail on:

John E. Lavelle, Esq.
John E. Lavelle Law Firm P.C.
630 Willis Avenue
Williston Park, New York 11596
Phone: (877) 465-5997
Fax: (877) 471-1798
John.Lavelle@LavelleInjuryFirm.com

*/s/ Kamela Devole*

28507005.1:11932-0144

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID MUNIZ AND CATHY MUNIZ,<br><br>Plaintiffs,<br><br>v.<br><br>SILVIA VITIELLO AND AIR BNB,<br><br>Defendants. | Civil Action No. 3:23-cv-00825-JFS |

### **[PROPOSED] ORDER**

Based on the Stipulation of the Parties, Defendant Silvio Vitiello's deadline to respond to the Complaint shall be extended up through and including June 26, 2023.

**IT IS SO ORDERED.**

_____
United States District Court Judge

Dated: May ___, 2023

28507005.1:11932-0144