IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID MUNIZ AND CATHY MUNIZ, <br><br> Plaintiffs, <br><br> v. <br><br> SILVIA VITIELLO AND AIR BNB, <br><br> Defendants. | Civil Action No. 3:23-cv-00825-JFS |

### ORDER

Based on the Stipulation of the Parties, Defendant Silvio Vitiello's deadline to respond to the Complaint shall be extended up through and including June 26, 2023.

**IT IS SO ORDERED.**

JOSEPH F. SAPORITO, JR.
U. S. Magistrate Judge

Dated: May 26, 2023

28507005.1:11932-0144