IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID MUNIZ AND CATHY MUNIZ, | Civil Action No. 3:23-cv-00825-JFS |
| Plaintiffs, | |
| v. | |
| SILVIA VITIELLO AND AIR BNB, | |
| Defendants. | |

**STIPULATION TO EXTEND DEFENDANT AIRBNB, INC.'S TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendant Airbnb, Inc. ("Airbnb") and Plaintiffs David Muniz and Cathy Muniz (collectively, the "Parties"), by and through their attorneys of record, enter this Stipulation based on the following facts and circumstances:

**WHEREAS**, Plaintiff filed this action in the Court of Common Pleas, Monroe County on April 5, 2023.

**WHEREAS**, Airbnb was served with the Complaint on April 18, 2023.

**WHEREAS**, Airbnb filed its Notice of Removal in this Court on May 18, 2023.

**WHEREAS**, Airbnb's response to the Complaint is currently due on June 26, 2023.

**WHEREAS**, the extension is warranted so that the Parties may confer in an attempt to resolve and/or narrow the issues so as to promote an efficient resolution of this matter.

**THEREFORE**, the Parties stipulate and agree that the time within which Airbnb may answer, object to, or otherwise respond to Plaintiffs' Complaint is extended up through and including July 26, 2023.

By:*/s/Christina Manfredi McKinley*
Christina Manfredi McKinley, Esq.
PA ID: 320002
Casey Allan Coyle
PA ID: 307712
BABST, CALLAND CLEMENTS AND ZOMNIR P.C.
Two Gateway Center
603 Stanwix Street
Pittsburgh, PA 15222
412-394-5400
cmckinley@babstcalland.com

*Attorneys for Defendant
AIRBNB, INC.*

Dated: June 15, 2023

By:*/s/John E. Lavelle*
John E. Lavelle, Esq.
PA Bar ID: 315154
JOHN E. LAVELLE LAW FIRM P.C.
630 Willis Avenue
Williston Park, New York 11596
(877) 465-5997
John.Lavelle@LavelleInjuryFirm.com

*Attorney for Plaintiffs
David Muniz and Cathy Muniz*

Dated: June 15, 2023

APPROVED AND SO ORDERED:

_____
THE HONORABLE JOSEPH F. SAPORITO, JR
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that, on June 15, 2023, I caused to be served a true and correct copy of the foregoing Stipulation to Extend Defendant AirBnB, Inc.'s Time to Respond to Plaintiffs' Complaint via e-mail on:

John E. Lavelle, Esq.
John E. Lavelle Law Firm P.C.
630 Willis Avenue
Williston Park, New York 11596
Phone: (877) 465-5997
Fax: (877) 471-1798
John.Lavelle@LavelleInjuryFirm.com

*/s/ Christina Manfredi McKinley*