IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID MUNIZ AND CATHY MUNIZ, <br><br> Plaintiffs, <br><br> v. <br><br> SILVIA VITIELLO AND AIR BNB, <br><br> Defendants. | Civil Action No. 3:23-cv-00825-JFS |

## STIPULATION TO EXTEND DEFENDANT SILVIO VITIELLO'S TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND [PROPOSED] ORDER

Defendant Silvio Vitiello (incorrectly identified as "Silvia Vitiello") and Plaintiffs David Muniz and Cathy Muniz (collectively, the "Parties"), by and through their attorneys of record, enter this Stipulation based on the following facts and circumstances:

**WHEREAS**, Plaintiff filed this action in the Court of Common Pleas, Monroe County on April 5, 2023.

**WHEREAS**, Silvio Vitiello was served with the Complaint on May 15, 2023.

**WHEREAS**, Defendant Airbnb filed its Notice of Removal in this Court on May 18, 2023.

**WHEREAS**, Silvio Vitiello's response to the Complaint is currently due on June 26, 2023.

**WHEREAS**, the extension is warranted so that the Parties may confer in an attempt to resolve and/or narrow the issues so as to promote an efficient resolution of this matter.

**THEREFORE**, the Parties stipulate and agree that the time within which Silvio Vitiello may answer, object to, or otherwise respond to Plaintiffs' Complaint is extended up through and including July 26, 2023.

28812816.1:11932-0144

Dated: June 23, 2023        By: */s/Kamela Devole*
　　　　　　　　　　　　　　　　Kamela Devole, Esq.
　　　　　　　　　　　　　　　　PA Bar ID: 323614
　　　　　　　　　　　　　　　　Wood Smith Henning & Berman, LLP
　　　　　　　　　　　　　　　　1760 Market Street
　　　　　　　　　　　　　　　　Suite 1001
　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　(215) 709-2253
　　　　　　　　　　　　　　　　kdevole@wshblaw.com
　　　　　　　　　　　　　　　　*Attorney for Defendant*
　　　　　　　　　　　　　　　　*Silvio Vitiello*


Dated: June 23, 2023        By: */s/John E. Lavelle*
　　　　　　　　　　　　　　　　John E. Lavelle, Esq.
　　　　　　　　　　　　　　　　PA Bar ID: 315154
　　　　　　　　　　　　　　　　JOHN E. LAVELLE LAW FIRM P.C.
　　　　　　　　　　　　　　　　630 Willis Avenue
　　　　　　　　　　　　　　　　Williston Park, New York 11596
　　　　　　　　　　　　　　　　(877) 465-5997
　　　　　　　　　　　　　　　　John.Lavelle@LavelleInjuryFirm.com
　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*
　　　　　　　　　　　　　　　　*David Muniz and Cathy Muniz*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on June 23, 2023, I caused to be served a true and correct copy of the foregoing Stipulation to Extend Defendant Silvio Vitiello's Time to Respond to Plaintiffs' Complaint via United States mail on:

John E. Lavelle, Esq.
John E. Lavelle Law Firm P.C.
630 Willis Avenue
Williston Park, New York 11596
Phone: (877) 465-5997
Fax: (877) 471-1798
John.Lavelle@LavelleInjuryFirm.com

*/s/ Kamela Devole*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID MUNIZ AND CATHY MUNIZ,<br><br>Plaintiffs,<br><br>v.<br><br>SILVIA VITIELLO AND AIR BNB,<br><br>Defendants. | Civil Action No. 3:23-cv-00825-JFS |

**<u>ORDER</u>**

Based on the Stipulation of the Parties, Defendant Silvio Vitiello's deadline to respond to the Complaint shall be extended up through and including July 26, 2023.

**IT IS SO ORDERED.**

_____
THE HONORABLE JOSEPH F. SAPORITO, JR.
UNITED STATES MAGISTRATE JUDGE

Dated: June ___, 2023

28812816.1:11932-0144