NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) OR *PRO SE*

JOHN E. LAVELLE
JOHN E. LAVELLE LAW FIRM P.C.
P.O. BOX 414
WILLISTON PARK, NY 11596

ATTORNEY(S) FOR: PLAINTIFFS

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID MUNIZ, et al. | CASE NUMBER: |
| | 3:23-CV-0825 |
| Plaintiff(s) | |
| v. | STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |
| SILVIA VITIELLO, et al. | (For use in Direct Assignment of Civil Cases to Magistrate Judges Only) |
| Defendant(s). | |

**THIS CONSENT FORM SHALL BE USED ONLY FOR CASES IN WHICH A MAGISTRATE JUDGE IS INITIALLY ASSIGNED PURSUANT TO STANDING ORDER 19-5**

In accordance with Standing Order 19-5, Fed.R.Civ.P. 73 and 28 U.S.C. § 636(c), the above-captioned civil matter has been assigned to Magistrate Judge JOSEPH F. SAPORITO, JR.          . All parties to the above-captioned civil matter are to select one of the following two options and return the Consent Form to consents@pamd.uscourts.gov or mail to Clerk's Administrative Assistant, Clerk's Office, U.S. District Court, P.O. Box 1148, Scranton, PA 18501-1148, within **30 days** from the date the Consent Form was sent. This Consent Form was sent on 05/23/23          .

[✓] The party or parties listed below to the above-captioned civil matter **consent** pursuant to the provisions of Standing Order 19-5, 28 U.S.C. § 636(C) and Fed.R.Civ.P. 73(b), to have the assigned Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment.

Any appeal from a judgment of the assigned Magistrate Judge shall be taken to the United States Court of Appeals in the same manner as an appeal from any other judgment of the District Court in accordance with 28 U.S.C. § 636(c)(3).

[ ] The party or parties listed below to the above-captioned civil matter **do not consent** to proceed before the assigned Magistrate Judge.

The party or parties listed below acknowledge that they are free to decline consent without adverse substantive consequences.

| Name of Counsel (**OR** Party if *Pro Se*) | Signature and Date | Counsel for (Name of Party or Parties) |
|---|---|---|
| John E. Lavelle, Esq. | *[signature]* 6/23/23 | Plaintiffs David & Cathy Muniz |

**NOTICE TO COUNSEL FROM CLERK:**

All parties having consented to proceed before the assigned Magistrate Judge, this case will remain assigned to United States Magistrate Judge JOSEPH F. SAPORITO, JR.          for all further proceedings.

STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
(For use in Direct Assignment of Civil Cases to Magistrate Judges only)

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) OR *PRO SE*

KAMELA DEVOLE
WOOD SMITH HENNING BERMAN LLP
1760 MARKET STREET
SUITE 1001
PHILADELPHIA PA 19103

ATTORNEY(S) FOR: DEFENDANT VITIELLO

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

DAVID MUNIZ, et al.

Plaintiff(s)

v.

SILVIA VITIELLO, et al.

Defendant(s).

CASE NUMBER:

3:23-CV-0825

**STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
(For use in Direct Assignment of Civil Cases to Magistrate Judges Only)

**THIS CONSENT FORM SHALL BE USED ONLY FOR CASES IN WHICH A MAGISTRATE JUDGE IS INITIALLY ASSIGNED PURSUANT TO STANDING ORDER 19-5**

In accordance with Standing Order 19-5, Fed.R.Civ.P. 73 and 28 U.S.C. § 636(c), the above-captioned civil matter has been assigned to Magistrate Judge JOSEPH F. SAPORITO, JR. All parties to the above-captioned civil matter are to select one of the following two options and return the Consent Form to consents@pamd.uscourts.gov or mail to Clerk's Administrative Assistant, Clerk's Office, U.S. District Court, P.O. Box 1148, Scranton, PA 18501-1148, within **30 days** from the date the Consent Form was sent. This Consent Form was sent on 05/23/23.

☑ The party or parties listed below to the above-captioned civil matter **consent** pursuant to the provisions of Standing Order 19-5, 28 U.S.C. § 636(C) and Fed.R.Civ.P. 73(b), to have the assigned Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment.

Any appeal from a judgment of the assigned Magistrate Judge shall be taken to the United States Court of Appeals in the same manner as an appeal from any other judgment of the District Court in accordance with 28 U.S.C. § 636(c)(3).

☐ The party or parties listed below to the above-captioned civil matter **do not consent** to proceed before the assigned Magistrate Judge.

The party or parties listed below acknowledge that they are free to decline consent without adverse substantive consequences.

| Name of Counsel (**OR** Party if *Pro Se*) | Signature and Date | Counsel for (Name of Party or Parties) |
|---|---|---|
| Kamela Devole, Esquire | 6/22/23 *Kamela Devole* | Silvio Vitiello (incorrectly identified as S |

**NOTICE TO COUNSEL FROM CLERK:**

All parties having consented to proceed before the assigned Magistrate Judge, this case will remain assigned to United States Magistrate Judge JOSEPH F. SAPORITO, JR. for all further proceedings.

STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
(For use in Direct Assignment of Civil Cases to Magistrate Judges only)

| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) OR *PRO SE* | |
|---|---|
| CASEY ALAN COYLE <br> CHRISTINA MANFREDI MCKINLEY <br> BABST, CALLAND, CLEMENTS & ZOMNIR, P.C. <br> TWO GATEWAY CENTER <br> PITTSBURGH, PA 15222 <br> 412-394-5400 <br> ATTORNEY(S) FOR:  DEFENDANT AIRBNB, INC. | |

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID MUNIZ, et al. <br><br> Plaintiff(s) <br><br> v. <br><br> SILVIA VITIELLO, et al. <br><br> Defendant(s). | CASE NUMBER: <br><br> 3:23-CV-0825 <br><br> **STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** <br> (For use in Direct Assignment of Civil Cases to Magistrate Judges Only) |

**THIS CONSENT FORM SHALL BE USED ONLY FOR CASES IN WHICH A MAGISTRATE JUDGE IS INITIALLY ASSIGNED PURSUANT TO STANDING ORDER 19-5**

In accordance with Standing Order 19-5, Fed.R.Civ.P. 73 and 28 U.S.C. § 636(c), the above-captioned civil matter has been assigned to Magistrate Judge JOSEPH F. SAPORITO, JR. All parties to the above-captioned civil matter are to select one of the following two options and return the Consent Form to consents@pamd.uscourts.gov or mail to Clerk's Administrative Assistant, Clerk's Office, U.S. District Court, P.O. Box 1148, Scranton, PA 18501-1148, within **30 days** from the date the Consent Form was sent.  This Consent Form was sent on 05/23/23.

[✓] The party or parties listed below to the above-captioned civil matter **consent** pursuant to the provisions of Standing Order 19-5, 28 U.S.C. § 636(C) and Fed.R.Civ.P. 73(b), to have the assigned Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment.

Any appeal from a judgment of the assigned Magistrate Judge shall be taken to the United States Court of Appeals in the same manner as an appeal from any other judgment of the District Court in accordance with 28 U.S.C. § 636(c)(3).

[ ] The party or parties listed below to the above-captioned civil matter **do not consent** to proceed before the assigned Magistrate Judge.

The party or parties listed below acknowledge that they are free to decline consent without adverse substantive consequences.

| Name of Counsel (**OR** Party if *Pro Se*) | Signature and Date | Counsel for (Name of Party or Parties) |
|---|---|---|
| Christina Manfredi McKinley | /s/ Christina M. McKinley  6/22/22 | AIRBNB, INC. |
| | | |
| | | |

**NOTICE TO COUNSEL FROM CLERK:**

All parties having consented to proceed before the assigned Magistrate Judge, this case will remain assigned to United States Magistrate Judge JOSEPH F. SAPORITO, JR. for all further proceedings.

STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
(For use in Direct Assignment of Civil Cases to Magistrate Judges only)