IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID MUNIZ AND CATHY MUNIZ,<br><br>Plaintiffs,<br><br>v.<br><br>SILVIA VITIELLO AND AIR BNB,<br><br>Defendants. | Civil Action No. 3:23-cv-00825-JFS |

**FILED**
WILKES BARRE
JUN 26 2023
PER _____
DEPUTY CLERK

## ORDER

Based on the Stipulation of the Parties, Defendant Silvio Vitiello's deadline to respond to the Complaint shall be extended up through and including July 26, 2023.

**IT IS SO ORDERED.**

_____
THE HONORABLE JOSEPH F. SAPORITO, JR.
UNITED STATES MAGISTRATE JUDGE

Dated: June 26, 2023