IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

*******************************************************************

DAVID MUNIZ and CATHY MUNIZ,

    Plaintiffs,

v.

SILVIA VITIELLO and AIRBNB, INC.,

    Defendants.

**Docket No.:**
**3:23-cv-00825**

*******************************************************************

## ORDER

AND NOW, this \_\_6th\_\_ day of September, 2023, upon consideration of the Unopposed Motion to Extend Plaintiffs' Time to Respond to Defendant Vitiello's Motion to Dismiss and Compel Arbitration, IT IS HEREBY ORDERED that the motion is GRANTED, and the deadline for Plaintiffs to respond to Defendant Vitiello's Motion to Dismiss and Compel Arbitration is extended to October 6, 2023.

                                              Hon. Jospeh F. Saporito, Jr.
                                              United States Magistrate Judge

FILED
WILKES BARRE
SEP 06 2023
PER \_\_MS\_\_
DEPUTY CLERK