UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID MUNIZ, et al., | CIVIL ACTION |
| | NO. 3:23—cv-00825 |
| Plaintiffs, | |
| v. | (SAPORITO, C.M.J.) |
| SILVIA VITIELLO, | |
| Defendant. | |

### ORDER

AND NOW, this 27th day of February, 2024, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. The defendant's motion to dismiss (Doc. 19) is **DENIED**;

2. The defendant shall file an answer to the complaint within twenty-one (21) days after the date of this order.

*JOSEPH F. SAPORITO, JR.*
Chief U.S. Magistrate Judge

Dated: February 27, 2024